## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Carl Dean, Plaintiff,<br>v.<br>City of Chicago, Ofc. Khaled Shaar, Ofc. C. Tenton, and Unknown City of Chicago Police Officers | Case Number:<br>FILED: JUNE 18, 2008<br>08CV3502<br>JUDGE MANNING<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carl Dean, Plaintiff

| |
|---|
| NAME (Type or print)<br>Kurt Feuer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kurt Feuer |
| FIRM<br>LOEVY & LOEVY |
| STREET ADDRESS<br>312 N. May Street, Suite 100 |
| CITY/STATE/ZIP<br>Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187322 | TELEPHONE NUMBER<br>312-243-5900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐